UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61411-CV-DIMITROULEAS

Ariel Morales Riano,

      Petitioner,

v.

U.S. Immigration and Customs Enforcement
(ICE), *et al.*

      Respondents.

_____/

## <u>ORDER REQUIRING EXPEDITED RESPONSE FROM RESPONDENTS</u>

**THIS CAUSE** is before the Court on Petitioner **Ariel Morales Riano** ("Petitioner")'s

Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed May 12, 2026. The

Court has considered the Petition [DE 1] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. No later than **May 15, 2026**, Respondents shall file a response to the Petition,

   including as to why the Court should not order a bond hearing to be held for

   Petitioner within seven days, based on the recent ruling by the Eleventh Circuit Court

   of Appeals in *Hernandez Alvarez v. Warden, Federal Detention Center Miami, et al.,*

   Case Nos. 25-14065; 25-14075 (May 6, 2026). Petitioner may file a reply on or

   before May 18, 2026.

2. The Clerk is **DIRECTED** to send this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 12th day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

Ariel Morales Riano
A# 241679699
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE