UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26- 61411-CV-DIMITROULEAS

ARIEL MORALES RIANO,

    Petitioner,

v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,

    Respondents.

_____/

## ORDER CANCELLING HEARING

**THIS CAUSE** is before the Court on Respondents' Notice of Bond Hearing ("Notice") [DE 10], filed herein on May 22, 2026. The Court has considered the Notice and is otherwise fully advised in the premises.  The Notice indicates that Petitioner Ariel Morales Riano was given an individualized bond hearing before an immigration judge on May 21, 2026, and that release on bond was granted at that hearing.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the hearing in this matter scheduled for May 26, 2026 is **CANCELLED**. This Case remains **CLOSED**.

The Clerk is **DIRECTED** to send a copy of this Order to the addresses below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov

**Ariel Morales Riano**
A# 241679699
Broward Transitional Center
Inmate Mail/Parcels
3900 North Powerline Road
Pompano Beach, FL 33073
PRO SE